IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00874-RBJ-KMT

CINDY STONEMETS,

    Plaintiff,

v.

SAWAYA, ROSE, MCLCURE & WILHITE, P.C.; and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL

The Court has considered the parties' Stipulation of Dismissal (ECF No. 18) and hereby orders that the above-captioned action be dismissed with prejudice.

DATED this 5th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1